**IN the INTEREST OF J.O.N., a Minor.**

**ED 104776**

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

Filed: June 6, 2017

Rehearing Denied July 13, 2017

Richard B. Dempsey, Jr., 26 A North Central Avenue, Clayton, MO 63105, for appellant.

Joshua D. Hawley, Jason K. Lewis, PO Box 861, St. Louis, MO 63188, for respondent.

Before: James M. Dowd, P.J., Kurt S. Odenwald, J., and Gary M. Gaertner, Jr., J.

## ORDER

PER CURIAM.

D.S.M. (Father) appeals the trial court's judgment terminating his parental rights to J.O.N. We have reviewed the briefs of the parties and the record on appeal, and we conclude the trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. An extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed. Mo. R. Civ. P. 84.16(b) (2017).